UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| JOHN PICKERING-GEORGE, (Adopted) | * | |
| John Robert Daley, Jr., | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | C.A. No. 13-10157-JLT |
| | * | |
| COMMONWEALTH OF | * | |
| MASSACHUSETTS, et al. , | * | |
| | * | |
| Defendants. | * | |

ORDER

March 4, 2014

TAURO, J.

On August 29, 2013, the Court ordered that this action be dismissed under 28 U.S.C.

§ 1915(e)(2) because the complaint failed to state a claim upon which relief may be granted,

frivolousness, and the immunity of the defendants.  Since the dismissal of this action, the plaintiff

has filed numerous documents, and the Court has on two occasions issued orders denying the

plaintiff's various requests for relief.  On February 24, 2014, the plaintiff filed a notice of appeal.

On or about February 27, 2014, the Clerk received another document from the plaintiff

bearing the docket number of this action.  The document (#20) is captioned as a "complaint."  The

plaintiff identifies himself and the United States of America as the plaintiffs.  He states that it is a

complaint "for arrest warrant or summons" for the defendants in his original case.

The Court will not take any action on the so-called "complaint."  To the extent that the

Court retains jurisdiction over this matter pending the appeal, the Court holds that the request for

the issuance of a warrant or summons as to defendants in a closed case is completely without merit

and frivolous.  The plaintiff is warned that, if he continues to file such documents in this closed

case, he could be subject to sanctions, including restrictions on his ability to file documents in this

Court.

IT IS SO ORDERED.

  3/4/14                                    /s/ Joseph L. Tauro
DATE                                    UNITED STATES DISTRICT JUDGE